UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
          :
TEAMSTERS LOCAL 445,        :
          :   **ORDER**
      Plaintiff,   :
          :   05 Civ. 1898 (SAS)
  - against -       :
          :
BOMBARDIER, INC., et al.,  :
          :
      Defendants.  :
------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      Plaintiff's attorney has advised the Court that the above-captioned case can be closed. Accordingly, the Clerk of the Court is directed to close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
       April 2, 2009

## - Appearances -

**For Plaintiff:**

Joel P. Laitman, Esq.
Schoengold Sporn Laitman & Lometti, P.C.
19 Fulton Street, Suite 406
New York, NY 10038
(212) 964-0046

**For Defendants:**

Alfred R. Pietrzak. Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300